UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| WALTER DAVID GRAY,<br><br>        Plaintiff,<br><br>  v.<br><br>M. TABER, et al.,<br><br>        Defendants. | No. CV 11-00190-VAP (VBK)<br><br>ORDER TO SHOW CAUSE RE DISMISSAL |

    On January 18, 2011, Walter David Gray (hereinafter referred to as "Plaintiff") filed a civil rights complaint pursuant to 42 U.S.C. §1983 against Defendants M. Taber, S. Lopez, Joseph Branch and Andrick Elmore.

    On May 17, 2012, a Report and Recommendation of United States Magistrate Judge was issued granting Defendants' Motion to Dismiss on the grounds that Plaintiff had not fully exhausted his administrative remedies; Plaintiff's claims of constitutional violations based on his arrest and incarceration were barred by the favorable termination rule; Plaintiff's supervisory claim was vague and conclusory; and Plaintiff failed to state an excessive force claim. (Docket No. 76.)

1

The Court docket lists Plaintiff's address as CIM RCE Palm Hall West - ADA Cell 121, P. O. Box 441, Chino, California 91708.

On May 25, 2012, the Court was informed that Plaintiff is no longer in custody. (See, "Return to Sender - Inmate Paroled," Docket Nos. 77 and 78.)

Central District Local Rule 41-6 provides:

> "DISMISSAL - FAILURE OF PRO SE PLAINTIFF TO KEEP COURT APPRISED OF CURRENT ADDRESS - A party appearing pro se shall keep the Court apprised of such party's current address and telephone number, if any, and e-mail address, if any. If mail directed by the Clerk to a pro se Plaintiff's address of record is returned undelivered by the Post Office, and if within fifteen (15) days of the service date, such Plaintiff fails to notify, in writing, the Court and opposing parties of said Plaintiff's current address, the Court may dismiss the action with or without prejudice for want of prosecution."

Within 15 days of the date of this Order, Plaintiff will notify the Court of his current address, and, if applicable, telephone number. Plaintiff is advised that if he fails to apprise the Court of his current address, the Court will issue a Report and Recommendation of United States Magistrate Judge recommending the action be dismissed with prejudice.

DATED: June 4, 2012

/s/
VICTOR B. KENTON
UNITED STATES MAGISTRATE JUDGE